UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SHELDON W. HILL,  :

    Petitioner  :  CIVIL ACTION NO. 3:21-1857

v.  :  (JUDGE MANNION)

:

WARDEN E. BRADLEY,

:

    Respondent

:

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 16, 2023**
21-1857-01-ORDER